UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION
CIVIL ACTION NO. 04-cv-40218FDS

| | |
|---|---|
| RICHARD MAY,<br>Individually and on behalf of<br>MICRO-LITE, INC.<br>    Plaintiff<br>v.<br><br>PAUL O'BRIEN<br>    Defendant and | ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF DISMISSAL

Now comes the Plaintiff and pursuant to Fed.R.Civ.P. Rule 41(1)(i) hereby requests that this matter be dismissed. No adverse party has filed an answer to Plaintiff's Complaint as of this date.

                                            Respectfully Submitted,
                                            Richard May,
                                            By His Attorney,

                                            Robert S. White, BBO#552229
                                            Bourgeois, Dresser, White & Beard
                                            4 Dix Street
                                            Worcester, MA 01609
                                            Tel: (508) 798-8801

December 13, 2004

F:\docs\Micro-Li\micro-li.041

## CERTIFICATE OF SERVICE

I, Robert S. White, Attorney for the Plaintiff, hereby certify that I have this day served a copy of the foregoing documents by causing a copy of the same to be sent by first class mail, postage prepaid to all parties or counsel of record.

_____
Robert S. White

Dated: December 13, 2004

F:\docs\Micro-Li\micro-li.041